UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES LUCERO,<br><br>Plaintiff,<br><br>v.<br><br>MIKE MANGAS, SINCLAIR MEDIA LINCENCEE, dba KRCR-TV,<br><br>Defendants. | No. 2:25-cv-1079-DC-AC (PS)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br><br>(ECF Nos. 9, 19) |

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On July 24, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 19. Plaintiff has filed objections to the findings and recommendations. ECF No. 20. Defendant filed a response to the objections. ECF No. 22. Plaintiff also filed two replies in response to Defendant's response. ECF Nos. 23, 26.

In her objections, Plaintiff reiterates the same arguments that she presented in opposition to Defendant's motion to dismiss (*see* ECF No. 12) and that the magistrate judge already thoroughly and correctly addressed in the findings and recommendations. ECF No. 19. Plaintiff also objects that the magistrate judge erred by overlooking certain factual allegations to support

her slander claims, but recitation of the details of Plaintiff's factual allegations is not necessary because, as the magistrate judge correctly concluded, those claims are barred by the applicable one-year statute of limitations. Indeed, Plaintiff did not file her complaint until nearly eleven years after the alleged slander and defamation. Thus, Plaintiff's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 24, 2025, (ECF No. 19) are ADOPTED;
2. Defendants' motion to dismiss (ECF No. 9) is GRANTED;
3. This action is dismissed due to Plaintiff's failure to state a cognizable claim; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **September 30, 2026**

Dena Coggins
United States District Judge